**FLANDERS v. GABRIEL**

[335 N.C. 234 (1993)]

ANGELA BROWN GABRIEL FLANDERS v. JOEL PARKS GABRIEL

No. 270A93

(Filed 3 December 1993)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 110 N.C. App. 438, 429 S.E.2d 611 (1993), affirming an order entered by Horton, J., in District Court, Cabarrus County, on 31 December 1991, awarding custody of the parties' minor child to the plaintiff. Heard in the Supreme Court 18 November 1993.

*Susan V. Thomas for plaintiff appellee.*

*Helms, Cannon, Hamel & Henderson, P.A., by Thomas R. Cannon and William B. Hamel, for defendant appellant.*

PER CURIAM.

AFFIRMED.